# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00039-CV

**Tower Car Wash, Inc., Appellant**

**v.**

**Westport Group, Inc., Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 11-506-C368, HONORABLE BURT CARNES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Tower Car Wash, Inc. has filed a suggestion of bankruptcy. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See id.* 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should appellant fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Bankruptcy

Filed:   March 26, 2014